UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-20560-BLOOM/Otazo-Reyes

MARCELO EZEQUIEL STRANO,
*individually and on behalf of all
others similarly situated*,

      Plaintiff,

v.

Mutual Management Services, LLC,

      Defendant.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on February 10, 2023, *see* ECF No. [1], generating a May 11, 2023, service deadline. On May 12, 2023, the Court entered an Order directing Plaintiff to file proof of service upon Defendant by May 25, 2023. *See* ECF No. [5]. The Order further stated that "[f]ailure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice." *Id.* To date, Plaintiff has not filed proof of service, or shown good cause. In addition, there is no evidence in the record of any factor that would otherwise justify a permissive extension of time to serve absent a showing of good cause—such as expiration of the applicable statute of limitations, or that Defendant is evading service or concealing a defect in attempted service.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

Case No. 23-cv-20560-BLOOM/Otazo-Reyes

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to timely serve;

2. Each party shall bear its own attorneys' fees and costs;

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 30, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record